[No. 41890-8-II.   Division Two.   June 29, 2012.]

DONALD R. EARL, *Appellant*, v. MENU FOODS INCOME FUND ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 07-2-00250-1, Craddock D. Verser, J., entered February 9, 2011. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Johanson, A.C.J., and Penoyar, J.

[No. 42023-6-II.   Division Two.   June 29, 2012.]

JAMES E. WATKINS, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-2-01921-6, Wm. Thomas McPhee, J., entered March 25, 2011. *Reversed* and *remanded* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 42058-9-II.   Division Two.   June 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL E.M. KLEIN, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 09-1-00458-6, George L. Wood, J., entered April 26, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Johanson, J.

[No. 42071-6-II.   Division Two.   June 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CORY AMES SUNDBERG, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 09-1-00384-0, Toni A. Sheldon, J., entered April 18, 2011. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Hunt and Quinn-Brintnall, JJ.